# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | *   CASE NO.: 19-26667 |
| JAMES D. WEBSTER | * |
| DONNA M. WEBSTER | *   Chapter 13 |
| *Debtor(s)* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

JAMES D. WEBSTER
DONNA M. WEBSTER
501 Shamrock Lane
Pikesville, MD 21208

     *Movant(s)/Debtor(s)*,

   v.

Serve On: Bill Jones, CEO/President
REGIONAL ACCEPTANCE CORP.
1424 E. Fire Tower Road
Greenville, NC 27858

And

Serve on:  Resident Agent
The Corporation Trust, Incorporated
2405 York Road, Sutie 201
Lutherville/Timonium, MD 21093

     *Respondent(s)/Creditor(s)*.

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO VALUE COLLATERAL AND CRAM DOWN INTEREST RATE**

**(2014 Toyota Highlander VIN #5TDZARFH2ES007638)**

NOW COMES, the debtors, JAMES D. WEBSTER and DONNA M. WEBSTER ("debtors"), by counsel, Holly A Musselman, and file this Motion to Value Collateral and Cramdown Interest Rate pursuant to 11 U.S.C. Section 506(a) and Bankruptcy Rule 3012, and states:

1.      JAMES D. WEBSTER and DONNA M. WEBSTER are the Debtors in this bankruptcy case and are residents of Pikesville, Maryland.

2.      Movant, REGIONAL ACCEPTANCE CORPORATION ("Regional"), on information and belief is a Corporation authorized to do business in the State of Maryland.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(b). Pursuant to 28 U.S.C. Section 145(b)(2)(B and K), this is a core proceeding.

4.      On December 17, 2019, Debtors filed the underlying case under Chapter 13 of the U.S. Bankruptcy Code.

5.      Debtors are the owners of a 2014 Toyota Highlander VIN #5TDZARFH2ES007638 (the "Car").  At the time of the filing the case the Car had approximately 55,000 miles.

6.      Regional, filed a Proof of Claim on or around January 10, 2020, with balance due of approximately $29,884.76 its account number XXX3360.  A copy of the Proof of Claim is attached hereto as Exhibit 1 and is incorporated herein by reference.

7.      The current rate of interest charged on the Regional lien is Eighteen percent (18%).

8.      The valuation of the vehicle as of the date of filing this case was $19,006.00. Attached and incorporated herein as Exhibit 2, is the average retail value of the Car as of January 15, 2020.  (Kelly Blue Book Valuation)

9. Pursuant to 11 U.S.C. Section 1322, Debtor may modify the rights of secured holders of secured claims to strip down the amount of such creditor's claim to the value of the collateral. Debtors Chapter 13 Plan proposes to pay Regional the value of its collateral, which is less than the sum claimed due. Pursuant to Local Rule, this Court will not confirm a Chapter 13 Plan that strips down a lien without first determining the value of the collateral.

WHEREFORE, the debtor respectfully requests that this Honorable Court:

A. Value Debtor's Car at $19,006.00;

B. Reduce the interest rate to five percent (5%) which is Prime Rate of three point twenty-five percent (3.25%) plus one point seventy-five percent (1.75%); and

And for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

Date: May 21, 2020

/s/ Holly A. Musselman
Holly A. Musselman, Bar No. 13920
Law Office of Holly A. Musselman, LLC
P O Box 94
3314 Paper Mill Road, Suite 103
Phoenix, MD  21131
(443) 318-4045
hollymusselmanlaw@gmail.com
*Attorney for Debtor*