IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| JAMES D. WEBSTER<br>DONNA M. WEBSTER | * | Case No. 19-26667 |
| | * | Chapter 13 |
| Debtor(s) | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION TO CLAIM OF
## DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE
## CLAIM #21-1

## NOTICE TO CLAIMANT

WITHIN THIRTY (30) DAYS AFTER THE DATE ON THE CERTIFICATE OF SERVICE OF THIS OBJECTION, YOU MAY FILE AND SERVE A MEMORANDUM IN OPPOSITION, TOGETHER WITH ANY OTHER EVIDENCE YOU WISH TO ATTACH IN SUPPORT OF YOUR CLAIM, UNLESS YOU WISH TO RELY SOLELY UPON THE PROOF OF CLAIM.  AN INTERESTED PARTY MAY REQUEST A HEARING THAT WILL BE HELD IN THE COURT'S DISCRETION.

THE ADDRESS AT WHICH ANY RESPONSIVE MEMORANDUM MUST BE FILED IS:  CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, ROOM 8308, 101 WEST LOMBARD STREET, BALTIMORE, MARYLAND, 21201.  PLEASE SEND A COPY OF ANY RESPONSIVE MEMORANDUM TO THE UNDERSIGNED.

## **OBJECTION**

The Debtors, JAMES D. WEBSTER and DONNA M. WEBSTER, by their attorney, Holly A Musselman, hereby objects to the Proof of Claim filed by **Department of the Treasury – Internal Revenue Service (Claim #21-1)**, and in support thereof, states as follows:

1. This matter is an Objection to a Proof of Claim pursuant to 11 U.S.C. §502 and Bankruptcy Rules 3001 and 3007. This is a core matter under 28 U.S.C. §§157(b)(2)(B) and (L), over which the court has jurisdiction to enter final orders under 28 U.S.C. §§ 151 and 1334.

2. On December 17, 2019 (the "Petition Date"), the Debtors filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.

3. On February 21, 2020, the Meeting of Creditors was held.

4. A Confirmation Hearing is set for August 11, 2020.

5. That the deadline for governmental units to file a Proof of Claim in this case was June 15, 2020.

6. That on or about April 13, 2020, **Department of the Treasury – Internal Revenue Service** (the "Creditor") filed a Proof of Claim (the "Proof of Claim") as Claim No. 21-1 herein alleging an unsecured priority debt in the total sum of

$46,388.55.  A copy of the creditor's Proof of Claim No. 21-1 is attached hereto as Exhibit A and is incorporated herein by reference.

    7.  That Debtors dispute the stated claim and debt as they owed federal taxes for 2016 in the amount of Three Thousand Three Hundred Twenty-One dollars and no cents ($3,321.00); 2017 in the amount of Eight Thousand Twenty-Four dollars and no Cents ($8,024.00); owed federal taxes for 2018 Eight Thousand Seven Hundred Forty dollars and no cents ($8,740.00).  A copy of the debtor's 2016, 2017 and 2018 federal tax return indicating said amount due is attached hereto and incorporated here as Exhibit B.

    8.  That Creditor has attached no documentation demonstrating the arrearage.

    9.  That the Creditor's Proof of Claim as filed is defective and does not provide any documentation to support their claim.

    10. That the Creditor's claim should be disallowed because it has not provided any accounting or proof as to the basis of their claim.

    11. That the Creditor is estopped from claiming any debt owed.

    WHEREFORE, Debtor respectfully requests that your Honorable Court:

        A. Disallow Claim Number 21-1 filed by **Department of the Treasury – Internal Revenue Service**, and

        B. Order such other and further relief as this Court may deem appropriate.

/s/ Holly A Musselman
Holly A Musselman, Esquire
Federal Bar #13920
Law Office of Holly A Musselman, LLC
P O Box 94
3314 Paper Mill Road, Suite 103
Phoenix, MD  21131
(443) 318-4045
(410) 497-1200/Facsimile
hollymusselmanlaw@gmail.com
*Attorney for Debtors*