UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

IN RE:

JAMES D WEBSTER
DONNA M WEBSTER

Chapter 13

Debtor(s)

Case No. 19-26667

OBJECTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, SERIES 2005-OPT4, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-OPT4
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

Wells Fargo Bank, National Association, as Trustee for Citigroup Mortgage Loan Trust, Series 2005-OPT4, Asset Backed Pass- Through Certificates, Series 2005-OPT4 and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 501 Shamrock Lane, Pikesville, MD 21208; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

2.  The debtor(s) are due a total pre-petition arrears of $10,801.84.

3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

4.  Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

5.  The plan does not propose to pay the Secured Creditor's entire claim as shown in its proof of claim, in that the arrears are listed in the amount of $7,000.00 and this Creditor's claim was filed in the amount of $10,801.84.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.


Dated: 02/19/21

    Respectfully submitted
    Wells Fargo Bank, National Association, as Trustee for Citigroup Mortgage Loan Trust, Series 2005-OPT4, Asset Backed Pass- Through Certificates, Series 2005-OPT4

    By Counsel:


    /s/ Malcolm B. Savage, III
    William M. Savage, Esquire
    Kristine D. Brown, Esquire
    Gregory N. Britto, Esquire
    Malcolm B. Savage, III, Esquire
    LOGS Legal Group LLP
    10021 Balls Ford Road, Suite 200
    Manassas, Virginia 20109
    (703) 449-5800
    ecf@logs.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of February, 2021 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Holly Musselman | Debtor's Attorney |
| PO Box 94 | |
| 3314 Paper Mill Road, Suite 103 | |
| Phoenix, MD 21131 | |

| | |
|---|---|
| Robert S. Thomas, II | Chapter 13 Trustee |
| 300 E Joppa Road, Suite 409 | |
| Towson, MD 21286 | |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| James D Webster | Debtor(s) |
| 501 Shamrock Lane | |
| Pikesville, MD 21208 | |

Donna M Webster
501 Shamrock Lane
Pikesville, MD 21208

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com     19-285561