# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In Re:<br><br>James D. Webster<br>Donna M. Webster<br>        *Debtors* | Case No.: 19-26667-DER<br>Chapter 13 |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE BY ERIC S. STEINER, ESQ. AS CO-COUNSEL FOR THE DEBTOR

**THE CLERK OF THIS HONORABLE COURT** shall kindly enter the appearance of Eric S. Steiner, Esq. as co-counsel for the debtors James D. Webster and Donna. M Webster in the bankruptcy case referenced above. Mr. Steiner's contact information is as follows:

> Eric S. Steiner, Esq.
> Federal Bar No.: 28705
> Steiner Law Group, LLC
> PO Box 17598
> PMB 83805
> Baltimore, Maryland 21297-1598
> (410) 670-7060
> eric@steinerlawgroup.com

> Respectfully submitted,

> */s/ Eric S. Steiner*
> Eric S. Steiner, Esq.
> Federal Bar No.: 28705
> Steiner Law Group, LLC
> PO Box 17598
> PMB 83805
> Baltimore, Maryland 21297-1598
> (410) 670-7060
> eric@steinerlawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing service via electronic mail upon those signed up for electronic service.

*/s/ Eric S. Steiner*
Eric S. Steiner