# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| JAMES D. WEBSTER | * | CASE NO.: 19-2-6667-DER |
| DONNA M. WEBSTER | | (Chapter 13) |
| Debtors | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| SANTANDER CONSUMER USA INC. | | |
| DBA CHRYSLER CAPITAL | * | |
| Movant | * | |
| v. | * | |
| JAMES D. WEBSTER | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CURE

Santander Consumer USA Inc. dba Chrysler Capital, Movant, by its attorney, Michael J. Klima, Jr., files its Notice of the Debtor's cure of the default noticed through its Notice of Default filed on October 7, 2022.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 21-45993-0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>14th</u> day of <u>December</u>, <u>2022</u>, a copy of the foregoing Notice of Cure was mailed, by first class mail postage prepaid to:

James D. Webster
501 Shamrock Lane
Pikesville, MD 21208

Holly Musselman
P.O. Box 94
3314 Paper Mill Road, Ste. 103
Phoenix, MD 21131

Brian A. Tucci
300 E. Joppa Road Ste 409
Towson, MD 21286

<u>/s/ Michael J. Klima, Jr.</u>
Michael J. Klima, Jr.