United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 19-26667-DER
James D Webster                                                                       Chapter 13
Donna M Webster
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                          Page 1 of 2
Date Rcvd: Jul 10, 2024                 Form ID: pdfall                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James D Webster, Donna M Webster, 501 Shamrock Lane, Pikesville, MD 21208-3622 |
| | + | MARYLAND TRANSIT ADMINISTRATION, PAYROLL DEPARTMENT, 6 ST. PAUL STREET, 8th FLOOR, BALTIMORE, MD 21202-6806 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Holly Musselman | hollymusselmanlaw@gmail.com  8430@notices.nextchapterbk.com |
| Katherine Loverde | bankruptcy@baltimorecountymd.gov  kloverde@baltimorecountymd.gov |
| Linda St. Pierre | linda.st.pierre@mccalla.com  mccallaecf@ecf.courtdrive.com,Linda.St.Pierre@mccalla.com |

District/off: 0416-1                    User: admin                          Page 2 of 2
Date Rcvd: Jul 10, 2024                Form ID: pdfall                    Total Noticed: 2

Malcolm Brooks Savage

malcolm.savage@lewisbrisbois.com

Michael J. Klima

bankruptcy@peroutkalaw.com

Randa Azzam

logsecf@logs.com

William M. Savage

LOGSECF@logs.com


TOTAL: 9

Entered: July 10th, 2024
Signed: July 10th, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

JAMES D WEBSTER                    Case No. 19-26667-DER
DONNA M WEBSTER
                                   (Chapter 13)

        Debtor(s)

*        *        *        *        *        *        *

AMENDED ORDER TO PAY DEBTOR'S WAGES TO THE TRUSTEE

        The Court finding that the Chapter 13 plan filed by the Debtor(s) named above has
been confirmed and that, pursuant to 11 U.S.C. 1325(C), the Court may order any entity
from whom the Debtor receives income to pay a part of the income to the Trustee, and it
appearing that the Debtor, JAMES D WEBSTER, SS# ###-##-0441 is employed by:

        MARYLAND TRANSIT ADMINISTRATION
        PAYROLL DEPARTMENT
        6 ST.  PAUL STREET, 8th FLOOR
        BALTIMORE, MD 21202-0000

        **It is ordered,** that the named Employer is directed to deduct from the earnings of the
Debtor the sum of $1500.00 each calendar month, beginning with the first pay period next
succeeding the Employer's receipt of the Order, and to pay the amount deducted, within 15
days of the close of each calendar month, to **Brian A. Tucci, Trustee**, P.O. Box 1838,
Memphis, TN 38101, (410-825-5923), and it is further,

        **Ordered,** that, until further Order of the Court, the Employer shall not make any
deduction for account of any garnishment, wage assignment, credit union or any other purpose
except deductions for income taxes, social security contributions, union dues, insurance or
health and welfare plans pursuant to the Debtor's employment contract, and child support
withholdings pursuant to an order of a court of competent jurisdiction, and it is further,

        **Ordered,** that the Employer shall notify the Trustee if the Debtor's employment
terminates.

cc: Trustee, Debtor(s), Attorney for Debtor(s), Employer

**END OF ORDER**